```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 32797
   URSULA A BURNS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-2504


-----------------------------------------------------------------------
          TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 12/01/2008 and was not confirmed.

   The case was dismissed without confirmation 01/08/2009.
-----------------------------------------------------------------------
CREDITOR NAME           CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------
FORD MOTOR CREDIT     SECURED NOT I    6095.46           .00           .00
PRO SE DEBTOR         DEBTOR ATTY          .00                         .00
TOM VAUGHN            TRUSTEE                                          .00
DEBTOR REFUND         REFUND                                           .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                        --------------    --------------
TOTALS                       .00                .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```